IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PREMIUM OF AMERICA, LLC, | * | |
| Plaintiff | * | |
| v. | * | |
| William C. Sanchez, M.D. | * | CASE NO. 06-1325 RJL |
| and | * | |
| William C. Sanchez, M.D., P.C., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF PREMIUM OF AMERICA, LLC'S
MOTION FOR LEAVE TO CURE DEFECTIVE ALLEGATIONS
OF JURISDICTION PURSUANT TO 28 U.S.C. § 1653**

Plaintiff Premium of America, LLC ("POA"), through counsel, Paul S. Caiola, David G. Sommer, and Gallagher Evelius & Jones LLP, pursuant to 28 U.S.C. § 1653 and this Court's July 25, 2006 Order Withdrawing the Reference to the Bankruptcy Court, hereby respectfully requests that this Court: (1) grant POA's motion; (2) grant POA leave to amend the First Amended Complaint to cure the defective jurisdictional allegations in light of evidence that the District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332; (3) docket the Second Amended Complaint attached as Exhibit 7 to the accompanying Memorandum; and (4) grant POA such other and further relief as is necessary and just. The reasons for the Motion are set forth in the accompanying Memorandum.

\# 307287
012053-0002

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 3, 2006 | _____/s/  Paul S. Caiola_____<br>Paul S. Caiola, Federal Bar #23940<br>David G. Sommer, Federal Bar #27581<br>Gallagher Evelius & Jones LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, Maryland 21201<br>(410) 727-7702<br>*Attorneys for Plaintiff Premium of America, LLC* |