IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PREMIUM OF AMERICA, LLC,                *

    Plaintiff                              *

    v.                                      *

                                      CASE NO. 1:06MS00290

William C. Sanchez, M.D.                *

    and                                    *

William C. Sanchez, M.D., P.C.,         *

    Defendants.                            *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## AFFIDAVIT OF IRA RIGGER

I, Ira Rigger, being over the age of 21 years, have personal knowledge of, and am competent to testify to, the matters set forth herein. I hereby certify as follows:

    1.    I am the President of the Board of Managers of Premium of America, LLC ("POA"). I have served in this position since the creation of POA pursuant to the confirmation of the First Amended Plan of Reorganization in the above-referenced bankruptcy case.

    2.    On November 19, 2004, when POA filed its action in the United States Bankruptcy Court for the District of Columbia against William C. Sanchez, M.D., and William C. Sanchez, M.D., P.C. ("Defendants"), all of POA's members were citizens of states other than the District of Columbia or countries other than the United States. The spreadsheets attached hereto as Exhibits A through D and incorporated herein are

# 302917 v2 DGS
012053-0002

**EXHIBIT 1**

spreadsheets containing the state or country of citizenship of each POA member as of November 19, 2004.

4. All 3,909 natural persons who were members of POA as of November 19, 2004 were citizens of states other than the District of Columbia or countries other than the United States. Exhibit A, which is attached hereto and incorporated herein, lists the state or country of citizenship for each natural person who was a member of POA as of November 19, 2004.

5. Finova Capital Corporation, a corporation that was a member of PQA as of November 19, 2004, was incorporated under the laws of the state of Delaware and had its principal place of business in the state of Arizona. Columbia International University, Inc., the other corporation that was a member of POA as of November 19, 2004, was incorporated under the laws of the state of South Carolina and had its principal place of business in South Carolina.

6. All 410 trustees of the 407 trusts that were members of POA as of November 19, 2004 were citizens of states other than the District of Columbia.[1] Exhibit B, which is attached hereto and incorporated herein, lists the state of citizenship for each trustee of the trusts that were members of POA as of November 19, 2004.

7. All 31 estates that were members of POA as of November 19, 2004 were citizens of states other than the District of Columbia. Each decedent was a citizen of a state other than the District of Columbia at the time of the decedent's death. With respect

---

[1] Three trusts that are members of POA each have two trustees. This is the reason the number of trustees exceeds the number of trusts by three.

to each estate that was a member of POA, Exhibit C, which is attached hereto and incorporated herein, lists the state of citizenship of each decedent, at the time of death of such decedent.

8. Both limited liability companies that were members of POA as of November 19, 2004 were citizens of states other than the District of Columbia. Exhibit D, which is attached hereto and incorporated herein, lists the state of citizenship for the 12 total members of the limited liability companies that were members of POA as of November 19, 2004.

9. Exhibits A-D attached to this affidavit are spreadsheets that reflect true and accurate records in the form of data compilations created for the purpose of maintaining contact with each member of POA. The records were made by a person with knowledge or from information transmitted by a person with knowledge and were made at or near the time of the acts, events, or conditions appearing in them. The records were made and kept in the course of a regularly conducted business activity, and it is the regular practice of POA to make and keep such records.

10. Exhibits A-D attached to this affidavit are modified versions of Exhibits A-D to the Affidavit of Ira Rigger executed on June 3, 2006. Since June 3, 2006, POA has further investigated the citizenship of each of its members. POA has contacted many of its members to ensure the accuracy of POA's information regarding the member's state of citizenship. These recent efforts have confirmed that the citizenship of all members of POA were diverse from Defendants' at the time of POA's original complaint.

11.   Exhibit E attached to this affidavit is a true and accurate copy of a report from the D.C. Office of Tax and Revenue website showing that William Sanchez owns the residence located at 2232 Q Street N.W. in the District of Columbia for which he receives a tax "homestead deduction."

[SIGNATURE PAGE TO FOLLOW]

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_6.27.6_
Date

_Ira Rigger_ (signature)
Ira Rigger