The order below is hereby signed.

Signed: May 23, 2006.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| PREMIUM ESCROW SERVICES, INC., | ) ) | Case No. 02-02358 (Chapter 11) |
| | ) | |
| Debtor. | ) ) | |
| _____ | ) | |
| PREMIUM OF AMERICA, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary Proceeding No. 04-10455 |
| WILLIAM C. SANCHEZ and WILLIAM C. SANCHEZ, M.D., P.C., | ) ) ) ) | |
| Defendants. | ) | |

<u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND RELATED RELIEF</u>

Pursuant to a decision entered this same date, it is

ORDERED that the Motion to Dismiss Investor-Related Claims for Lack of Subject Matter Jurisdiction or, in the Alternative, for Severance of All Investor-Related Claims filed by defendants William C. Sanchez and William C. Sanchez, P.C. (D.E. No. 31, filed December 23, 2005) is GRANTED; and it is further



EXHIBIT 3

ORDERED that, in accordance with the decision mentioned above, all counts in the amended complaint filed by plaintiff Premium of America, LLC in this adversary proceeding (D.E. No. 9, filed February 2, 2005) are DISMISSED except insofar as those counts refer to causes of action previously held by the debtor Premium Escrow Services, Inc.; and it is further

ORDERED that the foregoing dismissal, based on such dismissed claims having not fallen within the category of proceedings referred to the bankruptcy court under 28 U.S.C. § 157(a), is not an adjudication of whether the dismissed claims could be asserted in the district court; and it is further

ORDERED that the clerk of the court transmit a copy of this order and its related decision to Chief Judge Hogan of the District Court for his consideration in addressing whether the reference of this adversary proceeding to the Bankruptcy Court should be withdrawn; and it is further

ORDERED that sub-paragraph 1 of the decretal paragraph of the scheduling order entered on May 24, 2005 (D.E. No. 14) is AMENDED to state as follows:

> "It is ORDERED as follows:
>
> 1. The court determines that this is a **non-core** proceeding."

[Signed and dated above.]

Copies to: All counsel of record.