IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: PREMIUM ESCROW
SERVICES, INC., DEBTOR                       *

*   *   *   *   *   *   *

PREMIUM OF AMERICA, LLC,                     *

    Plaintiff                                *

    v.                                       *

William C. Sanchez, M.D.                     *   CASE NO. 02-2358
                                                 CHAPTER 11
    and                                      *   Adv. Proc. No.: 04-10455

William C. Sanchez, M.D., P.C.               *

    Defendants                               *

*   *   *   *   *   *   *   *   *   *   *   *   *

**PLAINTIFF PREMIUM OF AMERICA, LLC'S
MOTION TO VACATE ORDER DISMISSING
INVESTOR-RELATED CLAIMS SO THAT
PLAINTIFF MAY CURE DEFECTIVE ALLEGATIONS
OF JURISDICTION PURSUANT TO 28 U.S.C. § 1653**

Plaintiff Premium of America, LLC ("POA"), through counsel, Paul S. Caiola, David G. Sommer, and Gallagher Evelius & Jones LLP, hereby respectfully request that this Court: (1) grant POA's motion; (2) vacate the May 23, 2006 Order Granting Defendants' Motion to Dismiss and Related Relief so that POA may amend the First Amended Complaint to re-state the defects in the jurisdictional allegations in light of evidence that the District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332; (3) grant POA leave to file an amended complaint alleging that jurisdiction lies in the

# 302957 DGS
012053-0002


EXHIBIT 4

District Court pursuant to 28 U.S.C. § 1332; and (4) transfer the entire proceeding to the District Court, upon docketing of the Second Amended Complaint. The reasons for the Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

Dated: June 2, 2006

                                        /s/ David G. Sommer
Paul S. Caiola, Federal Bar #23940
David G. Sommer, Federal Bar #27581
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 727-7702
*Attorneys for Plaintiff Premium of America, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of June, 2006, service of the foregoing Plaintiff's Motion to Vacate Order Dismissing Investor-Related Claims so that Plaintiff May Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 and Memorandum in support thereof were made by electronic service upon the following parties:

>Brian J. Nash, Esq.
>Michael Sanders, Esq.
>Nash & Associates, LLC
>Cromwell Center, Suite 201
>809 Gleneagles Court
>Towson, Maryland 21286
>(410) 321-6660

>Alan M. Grochal, Esq.
>Stephen M. Goldberg, Esq.
>Tydings & Rosenberg, LLP
>100 East Pratt Street, 26th Floor
>Baltimore, Maryland 21202
>(410) 752-9700

>/s/
>David G. Sommer

\# 302957 DGS
012053-0002