IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PREMIUM OF AMERICA, LLC, | * | |
| Plaintiff | * | |
| v. | * | |
| William C. Sanchez, M.D. | * | CASE NO. 06-1325 RJL |
| and | * | |
| William C. Sanchez, M.D., P.C., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PLAINTIFF PREMIUM OF AMERICA, LLC'S
MOTION TO CURE DEFECTIVE ALLEGATIONS
OF JURISDICTION PURSUANT TO 28 U.S.C. § 1653**

Having read and considered Plaintiff Premium of America, LLC's Motion for Leave to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 (the "Motion for Leave"), the Memorandum in support thereof, any response, and any reply memoranda filed by the parties, states the United States District Court for the District of Columbia hereby

**ORDERS** that the Motion for Leave be, and the same hereby is, **GRANTED**; and further

# 307287
012053-0002

**ORDERS** that POA shall have leave to amend the First Amended Complaint to cure defects in the jurisdictional allegations in light of evidence that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332; and further

**ORDERS** that the Clerk shall docket the Second Amended Complaint.

_____
Judge
United States District Court

cc:   Paul S. Caiola, Esq.
      David G. Sommer, Esq.
      Gallagher Evelius & Jones LLP
      The Park Charles, Suite 400
      218 N. Charles Street
      Baltimore, MD 21201

      Brian J. Nash, Esq.
      Michael Sanders, Esq.
      Nash & Associates, LLC
      Cromwell Center, Suite 201
      809 Gleneagles Court
      Towson, Maryland 21286

      Alan M. Grochal, Esq.
      Stephen M. Goldberg
      Tydings & Rosenberg, LLP
      100 East Pratt Street, 26th Floor
      Baltimore, Maryland 21202

# 307287
012053-0002