**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PREMIUM OF AMERICA, LLC, | * | |
| Plaintiff | * | |
| v. | * | |
| William C. Sanchez, M.D. | * | **CASE NO. 06-1325 RJL** |
| and | * | |
| William C. Sanchez, M.D., P.C., | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**AMENDED**
**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 23rd day of August, 2006, a copy of Plaintiff's Motion for Leave to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 and Memorandum in support thereof filed in the above captioned case was served via hand delivery upon the following parties:

| | |
|---|---|
| Brian J. Nash, Esq. | Alan M. Grochal, Esq. |
| Michael Sanders, Esq. | Stephen M. Goldberg, Esq. |
| Nash & Associates, LLC | Tydings & Rosenberg, LLP |
| Cromwell Center, Suite 201 | 100 East Pratt Street, 26th Floor |
| 809 Gleneagles Court | Baltimore, Maryland 21202 |
| Towson, Maryland 21286 | (410) 752-9700 |
| (410) 321-6660 | |

          /s/  Paul S. Caiola
    Paul S. Caiola, Federal Bar #23940
    David G. Sommer, Federal Bar #27581
    Gallagher Evelius & Jones LLP
    218 N. Charles Street, Suite 400
    Baltimore, Maryland 21201
    (410) 727-7702
    *Attorneys for Plaintiff Premium of*
    *America, LLC*