IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| PREMIUM ESCROW SERVICES, INC. | * | [Case No. 02-02358 (Chapter 11) |
| | * | in the Bankruptcy Court] |
| Debtor | | |
| * * * * * * * | | |
| PREMIUM OF AMERICA, LLC | * | |
| Plaintiff | * | |
| v. | * | Case No. 06-1325-RJL [Adversary Proceeding No. |
| WILLIAM C. SANCHEZ, M.D. | * | 04-10455 in the Bankruptcy Court] |
| and | * | |
| WILLIAM C. SANCHEZ, M.D, P.C. | * | |
| Defendants | * | |
| * * * * * * * * * * * * | | |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Alan M. Grochal, Stephen M. Goldberg, and Brian J. Nash hereby enter their appearance as counsel on behalf of Defendants William C. Sanchez, M.D. and William C. Sanchez, M.D., P.C.

#536495v.1

/s/ Brian J. Nash
Brian J. Nash, D.C. Bar No. 230771
Nash & Associates, LLC
809 Gleneagles Court, Suite 201
Towson, Maryland 21286
(410) 321-6660

/s/ Stephen M. Goldberg
Alan M. Grochal, D.C. Bar No. 315218
Stephen M. Goldberg, D.C. Bar No. 339705
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2006, a copy of the foregoing Notice of Entry of Appearance was sent either electronically or mailed, first-class, postage-prepaid, to:

Paul S. Caiola, Esquire
David G. Sommer. Esquire
Gallagher Evelius & Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201

/s/ Stephen M. Goldberg
Stephen M. Goldberg, D.C. Bar No. 339705

2