IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PREMIUM OF AMERICA, LLC, | * | |
| Plaintiff | * | |
| v. | * | **CASE NO. 06-1325 RJL** |
| William C. Sanchez, M.D. | * | |
| and | * | |
| William C. Sanchez, M.D., P.C., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE

PLEASE TAKE NOTICE that Plaintiff Premium of America, LLC ("POA"), through counsel, Paul S. Caiola, David G. Sommer, and Gallagher Evelius & Jones LLP, attempted to timely file its Reply Memorandum responding to Defendants' Opposition to plaintiff's Motion for Leave to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 (the "Opposition"), via this Court's electronic case filing ("ECF") system on the evening of September 12, 2006, but was prevented from completing the electronic filing due to an internal ECF error coded as 24. – pos236.  See copy of error message attached hereto as Exhibit A.  Counsel for POA proceeded to serve a copy of its Reply Memorandum on counsel for Defendants by facsimile on September 12, 2006.  On the morning of September 13, 2006, Counsel for POA immediately contacted the Court to advise of the problem and learned that the Court's ECF system had experienced problems

as reported. Counsel for POA was advised that the Court was aware of the problem and to file the Reply Memorandum on same date.

For the foregoing reasons, POA hereby notices the Court of its late filing and respectfully requests that the Court accept its Reply Memorandum, docket entry number six (6), as timely filed with the Court on September 13, 2006.

                                             Respectfully submitted,

Dated: September 13, 2006                /s/ David G. Sommer
                                             Paul S. Caiola, Federal Bar #23940
                                             David G. Sommer, Federal Bar #27581
                                             Gallagher Evelius & Jones LLP
                                             218 N. Charles Street, Suite 400
                                             Baltimore, Maryland 21201
                                             (410) 727-7702
                                             *Attorneys for Plaintiff Premium of America, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 13th day of September, 2006, service of the foregoing Notice was made by electronic service upon the following parties:

> Brian J. Nash, Esq.
> Michael Sanders, Esq.
> Nash & Associates, LLC
> Cromwell Center, Suite 201
> 809 Gleneagles Court
> Towson, Maryland 21286
> (410) 321-6660
>
> Alan M. Grochal, Esq.
> Stephen M. Goldberg, Esq.
> Tydings & Rosenberg, LLP
> 100 East Pratt Street, 26th Floor
> Baltimore, Maryland 21202
> (410) 752-9700

                                                  /s/ David G. Sommer
                                                 David G. Sommer