error:An Internal Error has occurred the error code is 24. - pos 236

Back



EXHIBIT
A