**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PREMIUM OF AMERICA, LLC, | * |
| Plaintiff | * |
| v. | * |
| William C. Sanchez, M.D. | *  CASE NO. 1:06-cv-1325 |
| and | * |
| William C. Sanchez, M.D., P.C., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE AND CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of December, 2006, a copy of Judge Leon's Case Management Order of November 20, 2006 was served by first class mail, postage pre-paid, to upon the following parties:

| | |
|---|---|
| Brian J. Nash, Esq. | Alan M. Grochal, Esq. |
| Michael Sanders, Esq. | Stephen M. Goldberg, Esq. |
| Nash & Associates, LLC | Tydings & Rosenberg, LLP |
| Cromwell Center, Suite 201 | 100 East Pratt Street, 26th Floor |
| 809 Gleneagles Court | Baltimore, Maryland 21202 |
| Towson, Maryland 21286 | |

        /s/  David G. Sommer
Paul S. Caiola, Federal Bar #23940
David G. Sommer, Federal Bar #27581
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 727-7702
*Attorneys for Plaintiff Premium of America, LLC*