IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PREMIUM OF AMERICA, LLC** | * |
|     **Plaintiff,** | * |
| v. | * |
| | Case No. 06cv1325 |
| **WILLIAM C. SANCHEZ, M.D.** | * |
|     and | * |
| **WILLIAM C. SANCHEZ, M.D., P.C.,** | * |
|     **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING UNOPPOSED MOTION EXTENDING TIME FOR RESPONDING TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Having read and considered Defendants' Unopposed Motion to Extend Time for Responding to Plaintiff's Second Amended Complaint, it is hereby

**ORDERED** that the Unopposed Motion to Extend Time for Responding to Plaintiff's Second Amended Complaint be, and hereby is, **GRANTED**, and it is further

**ORDERED** that the deadline for Defendants to file a responsive pleading to Plaintiff's Second Amended Complaint is extended through, and including, **DECEMBER 22, 2006**.

 

_____
Richard J. Leon
United States District Court

cc:

Brian J. Nash
Nash & Associates, LLC
809 Gleneagles Court, Suite 201
Towson, Maryland 21286
(410) 321-6660
*Attorneys for Defendants*

Alan M. Grochal
Stephen M. Goldberg
Tydings & Rosenberg LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
*Attorneys for Defendants*

Paul S. Caiola
David G. Sommer
Gallagher Evelius & Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
*Attorneys for Plaintiff*