IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PREMIUM OF AMERICA, LLC** | * | |
| **Plaintiff,** | * | |
| v. | * | |
| **WILLIAM C. SANCHEZ, M.D.** | * | Case No. 1:06-cv-01325-RJL |
| and | * | |
| **WILLIAM C. SANCHEZ, M.D., P.C.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants, William C. Sanchez, M.D., and William C. Sanchez, M.D., P.C., through counsel, pursuant to Federal Rule 12(b)(6), move to dismiss Plaintiff's claims in their entirety.

The grounds and authorities for this motion are set forth in the accompanying memorandum.

WHEREFORE, the Defendants request that this Court enter an Order dismissing all claims raised by Plaintiff against Defendants, and granting such other and further relief as is just and proper.

#585751v.1

| | |
|---|---|
| Dated: December 21, 2006 | /s/ Alan M. Grochal |
| | Alan M. Grochal, DC Bar No. 315218 |
| | Stephen M. Goldberg, DC Bar No. 339705 |
| | Tydings & Rosenberg, LLP |
| | 100 East Pratt Street, 26th Floor |
| | Baltimore, Maryland 21202 |
| | (410) 752-9700 |
| | |
| | /s/ Brian Nash |
| | Brian Nash, Esq., DC Bar No. 230771 |
| | Nash & Associates, LLC |
| | 809 Gleneagles Court, Suite 201 |
| | Towson, Maryland 21286 |
| | (410) 321-6660 |
| | |
| | *Counsel for Defendants William C. Sanchez, M.D. and William C. Sanchez, M.D., P.C.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 21st day of December, 2006, a copy of the foregoing Defendants' Motion to Dismiss, Memorandum in Support thereof with Exhibits, and proposed Order were either sent electronically or mailed first class, postage prepaid to:

Paul S. Caiola, Esq.
David G. Sommer, Esq.
Gallagher Evelius & Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201

/s/ Alan M. Grochal
Alan M. Grochal