IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PREMIUM ESCROW SERVICES, INC., DEBTOR | * |
| * * * * * * | * |
| PREMIUM OF AMERICA, LLC, | * |
| Plaintiff | * |
| v. | * |
| William C. Sanchez, M.D. | *   CASE NO. 02-2358<br>CHAPTER 11 |
| and | *   Adv. Proc. No.: 04-10455 |
| William C. Sanchez, M.D., P.C. | * |
| Defendants | * |
| * * * * * * * * * * * * * | |

### EXPERT REPORT OF
### JOEL E. GALLANT, MD, MPH

I, Joel E. Gallant, MD, MPH, hereby submit this Expert Report on behalf of Plaintiff Premium of America, LLC ("POA").

In rendering the opinions described herein, I have reviewed documents concerning life expectancy evaluations provided by William C. Sanchez, M.D. ("Dr. Sanchez") in connection with viatical settlements conducted by Beneficial Financial Services, Inc. t/a Beneficial Assistance, and its affiliates. Specifically, I have reviewed the following documents:



# 283595 PSC
012053-0001

a. Complaint filed by POA against Dr. Sanchez and William C. Sanchez, M.D., P.C.;

b. Medical records relating to 13 viators infected with HIV for which Dr. Sanchez provided life expectancy evaluations.

c. Written life expectancy evaluations for 147 viators infected with HIV for which Dr. Sanchez provided life expectancy evaluations.

All of the opinions described herein are based on my knowledge, training, and experience as a physician specializing in HIV, and on my review of the documents described above. Each opinion described in paragraphs 1-7 below is made to a reasonable degree of medical certainty:

1. In late 1995 and early 1995, scientists began to report dramatic results from early studies involving a new class of anti-HIV drugs known as protease inhibitors. In July of 1996, at the International AIDS Conference in Vancouver, B.C., these findings were confirmed in several large studies. Levels of HIV virus were able to be suppressed to undetectable levels, which resulted in dramatic improvements and even complete recovery of immune function as measured by CD4 lymphocytes. Dr. David Ho became *Time Magazine*'s "Man of the Year" after he announced that HIV might be curable using combinations of protease inhibitors and other anti-HIV drugs, and magazines such as *Time* and *Newsweek* featured prominent cover stories speculating on whether the AIDS epidemic was over. The promise of these new drugs was also widely reported in mainstream newspapers including the *New York Times* and *USA Today*.

2.  Of course, HIV infection did not turn out to be curable, and the epidemic is not over. However, the new drugs lived up to their promise. By 1997, it was clear that the disease had changed dramatically. AIDS wards emptied, mortality rates plummeted, AIDS hospices closed their doors, and AIDS home care companies went bankrupt. Patients who had been waiting for death began going back to work.

3.  In one large study of HIV-infected outpatients reported in *The New England Journal of Medicine*, the proportion of patients for whom any antiviral therapy was prescribed increased from 72 percent of patients in 1994 to 95 percent by June 1997. During this same period, the proportion of these patients who received a prescription of combination regimens increased from 25 percent to 94 percent. Even more dramatic, the rate of use in this patient population of regimens containing protease inhibitors increased from 2 percent in mid-1995 to 82 percent by June 1997. This study also showed death rates decreasing from 29.4 per 100 person-years in 1995 to 16.7 per 100 person-years in 1996 to 8.8 per 100 person-years by the second quarter of 1997.

4.  Since that time, HIV therapy has improved steadily, and treatment options have both expanded and simplified. HIV infection is now acknowledged to be a treatable chronic disease not unlike diabetes or hypertension, and most experts believe that an HIV-infected person today, if adherent with therapy, can expect to live a full life span, ultimately dying of something other than AIDS.

5.  Given the development in the treatment of HIV-infected patients described above, every physician who was knowledgeable about such treatment should have, by

SEP-16-2005 14:50 FROM: TO:914104682786 P.2/2
09/16/2005 13:39 FAX        GALLAGHER & EVELIUS        @005

July of 1996: (a) known that the life expectancy of HIV-infected patients could no longer be accurately projected; and (b) ceased making life expectancy evaluations for HIV-infected patients.

6. Moreover, physicians who were not HIV/AIDS experts or knowledgeable about the treatment of HIV-infected patients as of July of 1996 were not qualified to make life expectancy projections for these patients. Nevertheless, given the publicity described above in paragraph 1, even general practitioners without expertise in infectious diseases should have been aware by July of 1996 of the drastic improvements in treatment options that would soon be available to HIV-infected patients.

7. In performing life expectancy evaluations on 147 HIV-infected patients during the period from August 23, 1996 to January 6, 1999, Dr. Sanchez breached the standard of care for making life expectancy projections described above in paragraphs 5 and 6.

8. Many of Dr. Sanchez's opinions would have underestimated life expectancy even if they had been made in an era before effective therapy (i.e., before July of 1996).

Respectfully submitted,

Dated September 16, 2005

_____
Joel E. Gallant, MD, MPH

# 283595 PSC
012053-0002

4