IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PREMIUM OF AMERICA, LLC** | * |
| **Plaintiff,** | * |
| v. | * |
| | Case No. 06cv1325 |
| **WILLIAM C. SANCHEZ, M.D.** | * |
| and | * |
| **WILLIAM C. SANCHEZ, M.D., P.C.,** | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Having read and considered Defendants' Motion to Dismiss and Memorandum in Support thereof, as well as any Opposition thereto, it is hereby

**ORDERED** that Defendants' Motion to Dismiss be, and hereby is, **GRANTED**, and it is further

**ORDERED** that Plaintiff Premium of America, LLC's Second Amended Complaint be, and hereby is, **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that the Clerk shall close this case.

_____
Richard J. Leon
United States District Court

#590430v.1

1

cc:

Brian J. Nash
Nash & Associates, LLC
809 Gleneagles Court, Suite 201
Towson, Maryland 21286
(410) 321-6660
*Attorneys for Defendants*

Alan M. Grochal
Stephen M. Goldberg
Tydings & Rosenberg LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
*Attorneys for Defendants*

Paul S. Caiola
David G. Sommer
Gallagher Evelius & Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
*Attorneys for Plaintiff*