IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PREMIUM OF AMERICA, LLC, | * | |
| Plaintiff | * | |
| v. | * | |
| William C. Sanchez, M.D. | * | CASE NO. 1:06-cv-1325 |
| and | * | |
| William C. Sanchez, M.D., P.C., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendants' Motion to Dismiss Second Amended Complaint ("Defendants' Motion") and Plaintiff's Cross-Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Plaintiff's Motion"), and any response thereto, it is, on this ____ day of _____, 2005, ORDERED:

1. That Plaintiff's Motion is GRANTED;

2. That the action is DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION;

3. That Defendants' Motion is DENIED; and

4. That the Clerk shall forward a copy of this Order to all counsel of record.

_____
Untied States District Judge