IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: PREMIUM ESCROW SERVICES, INC., DEBTOR | * | |
| * * * * * * | * | |
| PREMIUM OF AMERICA, LLC, | * | |
| Plaintiff | * | |
| v. | * | |
| William C. Sanchez, M.D. | * | CASE NO. 02-2358<br>CHAPTER 11 |
| and | * | Adv. Proc. No.: 04-10455 |
| William C. Sanchez, M.D., P.C. | * | |
| Defendants | * | |
| * * * * * * * * * * * * * | | |

### AFFIDAVIT OF IRA RIGGER

I, Ira Rigger, being over the age of 21 years, have personal knowledge of, and am competent to testify to, the matters set forth herein. I hereby certify as follows:

1. I am the President of the Board of Managers of Premium of America, LLC ("POA"). I have served in this position since the creation of POA pursuant to the confirmation of the First Amended Plan of Reorganization in the above-referenced bankruptcy case.

2. On November 19, 2004, when POA filed its action in the United States Bankruptcy Court for the District of Columbia against William C. Sanchez, M.D., and William C. Sanchez, M.D., P.C. ("Defendants"), all of POA's members were citizens of



EXHIBIT 1

states other than the District of Columbia. The spreadsheets attached hereto as Exhibits A through D and incorporated herein are spreadsheets containing state of citizenship of each POA member as of November 19, 2004.

4. All natural persons who are members of POA are citizens of states other than the District of Columbia. Exhibit A, which is attached hereto and incorporated herein, lists the state of citizenship for each natural person who is a member of POA.

5. Finova Capital Corporation, a corporation that is a member of POA, is incorporated under the laws of the state of Delaware and has its principal place of business in the state of Arizona. Columbia International University, Inc., the other corporation that is a member of POA, is incorporated under the laws of the state of South Carolina and has its principal place of business in South Carolina.

6. All trustees of the trusts that are members of POA are citizens of states other than the District of Columbia. Exhibit B, which is attached hereto and incorporated herein, lists the state of citizenship for each trustee of the trusts that are members of POA.

7. All estates that are members of POA are citizens of states other than the District of Columbia. Each decedent was a citizen of a state other than the District of Columbia at the time of the decedent's death. With respect to each estate that is a member of POA, Exhibit C, which is attached hereto and incorporated herein, lists the state of citizenship of each decedent, at the time of death of such decedent.

8. Both limited liability companies that are members of POA are citizens of states other than the District of Columbia. Exhibit D, which is attached hereto and

incorporated herein, lists the state of citizenship for each member of the limited liability companies that are members of POA.

9. Exhibits A-D attached to this affidavit are spreadsheets that reflect true and accurate records in the form of data compilations created for the purpose of maintaining contact with each member of POA. The records were made by a person with knowledge or from information transmitted by a person with knowledge and were made at or near the time of the acts, events, or conditions appearing in them. The records were made and kept in the course of a regularly conducted business activity, and it is the regular practice of POA to make and keep such records.

10. Exhibit E attached to this affidavit is a true and accurate copy of a report from the D.C. Office of Tax and Revenue website showing that William Sanchez owns the residence located at 2232 Q Street N.W. in the District of Columbia for which he receives a tax "homestead deduction."

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_6·2·2006_
Date

_Ira Rigger_ (signature)
Ira Rigger