UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PREMIUM OF AMERICA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 06cv1325 (RJL) |
| WILLIAM C. SANCHEZ, M.D., *et al.*, | ) ) ) |
| Defendants. | ) |

### FINAL JUDGMENT
[#14, #17]

It is, this 12th day of January 2007, hereby

**ORDERED** that plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction [#17] is GRANTED, and it is further

**ORDERED** that this case is DISMISSED for lack of subject matter jurisdiction, and it is further

**ORDERED** that defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [#14] is DENIED as moot.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge